IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Andrew Lewis, et al., | : | Case No.:  2:13-cv-823 |
| Plaintiffs, | : | Judge Frost |
| v. | : | Magistrate Judge McCann King |
| Hearthside Food Solutions, LLC, et al., | : | |
| Defendants. | : | |

### ENTRY APPROVING JOINT MOTION TO DISMISS CERTAIN PARTIES

Upon consideration of the joint motion of the parties, the following defendants as well as any cross claims by or against them, are hereby dismissed without prejudice:

    Hearthside Food Solutions, LLC

    Mars Petcare US, Inc.

    Ryt-Way Industries, LLC

    Kal Kan Foods, Inc.

    /s/  Gregory L. Frost
    _____
    Judge Frost

    _____
    Magistrate Judge McCann King

Respectfully submitted,

| | |
|---|---|
| */s/ Sydney S. McLafferty* | */s/ Jonathan W. Philipp via email auth 8/14/14* |
| Sydney S. McLafferty     (0076319) | Jonathan W. Philipp        (0043705) |
| **CECIL & GEISER, LLP** | **Philipp & Gregory** |
| 495 S. High Street, Suite 400 | 5005 Rockside Road, Suite 200 |
| Columbus, Ohio 43215 | Independence, Ohio 44131 |
| Telephone: (614) 222-4444 | Telephone: (216) 750-0902 |
| Facsimile: (614) 221-6633 | Facsimile: (216) 750-0910 |
| Email: smclafferty@protectingohio.com | Email: jonathan.philipp@zuricha.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants Ryt-Way Industries, LLC & Toll Packaging Services, LLC* |

| | |
|---|---|
| */s/ William R. Thomas via tele auth 8/15/14* | */s/ Stephen E. Chappelear via tele auth 8/15/14* |
| William R. Thomas       (0055240) | Stephen E. Chappelear     (0012205) |
| **Thomas & Company, LPA** | Russell J. Kutell         (0067756) |
| 163 N. Sandusky Street, Suite 103 | **Frost Brown Todd LLC** |
| Delaware, Ohio 43015 | 10 W. Broad Street, Suite 2300 |
| Telephone: (740) 363-7182 | Columbus, Ohio 43215 |
| Facsimile: (740) 363-7153 | Telephone: (614) 464-1211 |
| Email: wthomas@thomaslawlpa.com | Facsimile: (614) 464-1737 |
| *Attorney for Defendant Hearthside Food Solutions, LLC* | Email: schappelear@fbtlaw.com |
| | rkutell@fbtlaw.com |
| | *Attorneys for Defendants Mars Petcare US, Inc. & Kal Kan Foods, Inc.* |

*/s/ Joseph W. Pappalardo via email auth 8/14/14*
Joseph W. Pappalardo     (0014326)
Jeffrey Stupp            (0082442)
**Gallagher Sharp**
1501 Euclid Avenue, Sixth Floor
Cleveland, OH 44115
Telephone: (216) 241-5310
Facsimile: (216) 241-1608
Email: jpappalardi@gallaghersharp.com
        jstupp@gallaghersharp.com
*Attorneys for Defendant*
*Knight Transportation Services*

**CERTIFICATE OF SERVICE**

  This is to certify that a true and accurate copy of the foregoing was served via e-filing this 15th day of August 2014 upon:

Jonathan W. Philipp, Esq.
Philipp & Gregory
5005 Rockside Road, Suite 200
Independence, Ohio 44131
*Attorney for Defendant Toll Packaging Services LLC*
*and Ryt Way Industries, LLC*

William R. Thomas, Esq.
Thomas & Company, LPA
163 North Sandusky Street, Suite 103
Delaware, Ohio  43015
*Attorney for Defendant*
*Hearthside Food Solutions, LLC*

Joseph W. Pappalardo, Esq.
Jeffrey Stupp, Esq.
Gallagher Sharp
1501 Euclid Avenue, Sixth Floor
Cleveland, OH 44115
*Attorneys for Defendant*
*Knight Transportation Services*

Stephen E. Chappelear, Esq.
Russell Kutell, Esq.
Frost Brown Todd LLC
10 West Broad Street, Suite 2300
Columbus, Ohio 43215
*Attorney for Defendant Kal Kan Foods, Inc. &*
*Mars Petcare US, Inc.*

           */s/ Sydney S. McLafferty*
           Sydney S. McLafferty (0076319)
           *Attorney for Plaintiffs*