# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Andrew Lewis, et al., | : | Case No.:  2:13-cv-823 |
| Plaintiffs, | : | Judge Frost |
| v. | : | Magistrate Judge McCann King |
| Hearthside Food Solutions, LLC, et al., | : | |
| Defendants. | : | |

## ENTRY APPROVING JOINT MOTION TO DISMISS CERTAIN PARTIES

Upon consideration of the joint motion of the parties, Knight Transportation as well as any cross claims by or against said defendant, are hereby dismissed without prejudice.

/s/  Gregory L. Frost
_____
Judge Frost

_____
Magistrate Judge McCann King

Respectfully submitted,

| | |
|---|---|
| */s/ Sydney S. McLafferty* | */s/ Jonathan W. Philipp per email auth. 11/26/14* |
| Sydney S. McLafferty  (0076319) | Jonathan W. Philipp  (0043705) |
| **CECIL & GEISER, LLP** | **Philipp & Gregory** |
| 495 S. High Street, Suite 400 | 5005 Rockside Road, Suite 200 |
| Columbus, Ohio 43215 | Independence, Ohio 44131 |
| Telephone: (614) 222-4444 | Telephone: (216) 750-0902 |
| Facsimile: (614) 221-6633 | Facsimile: (216) 750-0910 |
| Email: smclafferty@protectingohio.com | Email: jonathan.philipp@zuricha.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants Ryt-Way Industries, LLC & Toll Packaging Services, LLC* |

*/s/ Joseph W. Pappalardo per email auth. 11/26/14*
Joseph W. Pappalardo     (0014326)
Jeffrey Stupp                     (0082442)
**Gallagher Sharp**
1501 Euclid Avenue, Sixth Floor
Cleveland, OH 44115
Telephone: (216) 241-5310
Facsimile: (216) 241-1608
Email: jpappalardi@gallaghersharp.com
           jstupp@gallaghersharp.com
*Attorneys for Defendant*
*Knight Transportation Services*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served via e-filing this 26th day of November, 2014 upon:

Jonathan W. Philipp, Esq.
Philipp & Gregory
5005 Rockside Road, Suite 200
Independence, Ohio 44131
*Attorney for Defendant Toll Packaging Services LLC*
*and Ryt Way Industries, LLC*


Joseph W. Pappalardo, Esq.
Jeffrey Stupp, Esq.
Gallagher Sharp
1501 Euclid Avenue, Sixth Floor
Cleveland, OH 44115
*Attorneys for Defendant*
*Knight Transportation Services*


                                          */s/ Sydney S. McLafferty*
                                          Sydney S. McLafferty     (0076319)
                                          *Attorney for Plaintiffs*