# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREW LEWIS, et al.,**

    **Plaintiff,**                     Case No. 2:13-cv-823
                                            JUDGE GREGORY L. FROST

    **v.**

**TOLL PACKAGING SERVICES, LLC.,**

    **Defendant.**

## ORDER

This matter came on for a jury trial on July 6, 2015 through July 9, 2015 upon Plaintiffs' complaint.

The Jury was duly empaneled and sworn. Testimony was taken and evidence presented.

After due deliberations, the jury returned an answer to Interrogatory #1 finding that Andrew Lewis did not prove by the greater weight of the evidence that Toll Packaging Services, LLC was negligent. Accordingly, the jury also returned a General Verdict for Toll Packaging Services, LLC.

This Court accepts the finding and verdict of the jury and enters a judgment in favor of Defendant, Toll Packaging Services, LLC, and against Plaintiffs, Andrew Lewis and Samantha Lewis.

    **IT IS SO ORDERED.**

                                               /s/ Gregory L. Frost
                                               GREGORY L. FROST
                                               UNITED STATES DISTRICT JUDGE